**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000377
12-DEC-2025
08:04 AM
Dkt. 35 OAWST**

NO. CAAP-25-0000377

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR
NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT1,
Plaintiff-Appellee
v.
PAUL ADAM MCKIERNAN, INDIVIDUALLY, AND AS TRUSTEE OF THE PAUL
MCKIERNAN AND JOSEFINA MARQUEZ TRUST, AN IRREVOCABLE TRUST
JOSEFINA BAXA MARQUEZ, INDIVIDUALLY, AND AS TRUSTEE OF THE
PAUL MCKIERNAN AND JOSEFINA MARQUEZ TRUST, AN IRREVOCABLE TRUST,
Defendants-Appellants,
and
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE
FOR NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT1,
Defendant-Appellee,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0000689)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, and Wadsworth and McCullen, JJ.)

Upon consideration of the December 5, 2025 "Stipulation
and Order for Dismissal of Appeal" filed by Defendants-Appellants
Paul Adam McKiernan, Individually, and as Trustee of the Paul
McKiernan and Josefina Marquez Trust, an Irrevocable Trust, and
Josefina Baxa Marquez, Individually, and as Trustee of the Paul
McKiernan and Josefina Marquez Trust, an Irrevocable Trust, and
Plaintiff-Appellee Deutsche Bank National Trust Company, as
Indenture Trustee for the New Century Alternative Mortgage Loan

Trust 2006-ALT1 (**Stipulation**), the papers in support, and the record, it appears that (1) the appeal has been docketed, (2) the parties stipulate under Hawaiʻi Rules of Appellate Procedure Rule 42(b) to dismiss this appeal with prejudice and each party shall bear their own attorneys' fees and costs, and (3) the Stipulation is signed by counsel for all parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, December 12, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge